# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE HUNTER, | CV F   07 151 AWI SMS P |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RETURN PLAINTIFF'S PROPOSED SETTLEMENT OFFER TO PLAINTIFF |
| v. | |
| YATES, et. al., | |
| Defendants. | |

Tremaine Hunter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action in the Fresno County Superior Court on November 29, 2006.  The action was removed to Federal court by the Defendants and received on January 24, 2007.

By Order of the Court, an Scheduling Conference was set for March 6, 2007.  However, as the Court had not yet screened the case under the Prison Litigation Reform Act, the scheduling conference was vacated.  On February 1, 2007, the Court screened the case and dismissed the Complaint with leave to amend.  Plaintiff filed an Amended Complaint on February 26, 2007, which is awaiting review by the Court.

On March 14, 2007, Plaintiff submitted a Proposed Settlement to the Court. It appears

1

1 | that this was also served on the Defendants.  Plaintiff is not required to submit to the Court
2 | copies of proposed settlement negotiations.  In the event the parties reach a settlement, the parties
3 | need only submit a stipulation to that effect so that the Court can terminate the action.
4 |     Accordingly, the Court HEREBY ORDERS:
5 |     1.  The Clerk of Court is DIRECTED to return Plaintiff's Proposed Settlement Offer to
6 | the Plaintiff.
7 | IT IS SO ORDERED.
8 | **Dated:  March 28, 2007**       /s/ Sandra M. Snyder
  | icido3       UNITED STATES MAGISTRATE JUDGE