IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE HUNTER, | 1:07-cv-00151-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 18.) |
| YATES, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR REMAND |
| Defendants. | (Docs. 16, 17.) |

Tremaine Hunter ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action in the Fresno County Superior Court on November 29, 2006. The action was removed to federal court by the defendants and received on January 24, 2007. (Docs. 1, 5.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 23, 2008, findings and recommendations were entered, recommending that plaintiff's request for the court to remand this action to the Fresno Superior Court be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

        Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 23, 2008, are adopted in full; and

2. Plaintiff's request for the court to remand this action to the Fresno County Superior Court is DENIED.

IT IS SO ORDERED.

Dated:   September 6, 2008                  /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE